UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  SEALED MATTER             Misc. No. 25-51368-05
                                  Hon. Matthew F. Leitman

_____/

**MOTION TO SEAL SEARCH WARRANT**

THE UNITED STATES OF AMERICA requests that the investigation-related documents filed, consisting of a Search Warrant, application for a Search Warrant, accompanying affidavit, and this motion and order to seal, be sealed to avoid compromising an ongoing investigation, with the exception that the government be permitted, pursuant to its discovery obligations—Federal Rules of Criminal Procedure 16 and 26.2, 18 U.S.C. § 3500 (the Jencks Act), *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 450 U.S. 150 (1972), and the Court's Standing Order on Discovery—to produce the investigation-related documents at a later date to any criminal defendant who has standing to challenge a search or seizure authorized by these documents or who may need the investigation-related documents to prepare his or her defense against the charges.

WHEREFORE, the government respectfully requests that the investigation-related documents described above be sealed until further order of the court.

                                            Jerome F. Gorgon Jr.
                                            United States Attorney

                                            *s/C. Barrington Wilkins*
                                            C. Barrington Wilkins
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI  48226
                                            barrington.wilkins@usdoj.gov
                                            (313) 226-9621

Dated:  December 9, 2025